NOT FOR PUBLICATION                                                                                           CLOSED

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHARLES IBN MUHAMMAD, : | |
| : | |
| Plaintiff, : | **Hon. Dennis M. Cavanaugh** |
| : | |
| v.    : | **ORDER** |
| : | |
| NEWARK HOUSING AUTHORITY, : | Civil Action No. 11-CV-3441 (DMC - MF) |
| KEITH KINARD, JANET ABRAHAM, : | |
| and WINIFRED THOMPSON, : | |
| : | |
| Defendants. : | |

DENNIS M. CAVANAUGH, U.S.D.J.:

This matter comes before the Court upon Plaintiff, Charles Ibn Muhammad's filing of a complaint and *in forma pauperis* application on June 14, 2011 and amended complaint on January 11, 2012. This Court granted Plaintiff leave to file supplemental facts to amend his complaint ("Order dated February 6, 2012") (ECF No. 4). Plaintiff filed a first motion for reconsideration of the Court's Order dated February 6, 2012. Plaintiff filed an application for a protective order (ECF No. 5) and two letters (ECF Nos. 7 and 8). Plaintiff provided supplemental information on June 22, 2012, which this Court hereby considers a second motion for reconsideration.[1] After considering the complaint and application and based upon the following;

**WHEREAS** Plaintiff's proof of financial status shows that he is eligible to proceed *in forma pauperis* under 28 U.S.C. § 1915(a), as previously determined by this Court;

**WHEREAS** 28 U.S.C. § 1915(e)(2)(B) states that the dismissal of an *in forma pauperis* proceeding is appropriate at any time upon this Court's finding that the complaint is frivolous or malicious or fails to state a claim upon which relief may be granted;

---

[1] Letter sent via U.S.P.S. to Chambers, received June 22, 2012.

**WHEREAS** this Court granted Plaintiff the opportunity to amend his complaint with a supplemental filing, offering a factual basis for his pleaded claims;

**WHEREAS** Plaintiff's supplemental filings repeat what is already contained in the complaint, state legal statutes under which Plaintiff seeks remedy and states that Plaintiff has grievances against Defendants without describing an incident or Defendants' conduct;

**WHEREAS** Plaintiff must provide enough facts to state a claim to relief that is plausible on its face, as guided by the FED. R. CIV. P. 12(b)(6) dismissal standard, Bell Atl. Corp. v. Twombly, 550 U.S. 544, 547 (2007);

**WHEREAS** Plaintiff's supplemental filings are irrelevant to the causes of action stated;

**WHEREAS** this Court hereby concludes Plaintiff has failed to provide sufficient factual information to state a plausible right to relief;

**IT IS** on this 19 day of July, 2012;

**ORDERED** that Plaintiff's first (ECF No. 5) and second applications for reconsideration are **denied**;

**ORDERED** that Plaintiff's application for a protective order (ECF No. 6) is **denied**;

**ORDERED** that Plaintiff *in forma pauperis* application is **granted**;

**ORDERED** that Plaintiff's complaint is **dismissed** for failure to state a claim and the case is hereby **closed**.

Dennis M. Cavanaugh, U.S.D.J.

Orig.:   Clerk
cc:      Honorable Mark Falk, U.S.M.J.
         File