NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHARLES IBN MUHAMMAD, | **Hon. Dennis M. Cavanaugh** |
| Plaintiff, | **ORDER** |
| v. | Civil Action No. 11-CV-3441 (DMC - MF) |
| NEWARK HOUSING AUTHORITY, KEITH KINARD, VERIZON, POSTMASTER GENERAL, JOHN DOE, | |
| Defendants. | |

<u>DENNIS M. CAVANAUGH, U.S.D.J.</u>:

This matter comes before the Court upon this Court's Order dated July 19th, 2012, denying Plaintiff's application for reconsideration and for a protective order and granting Plaintiff's *in forma pauperis* application (ECF No. 9). This Court dismissed Plaintiff's complaint in the same order for failure to state a claim. This Court had previously granted Plaintiff's *in forma pauperis* application and dismissed the case (ECF No. 4). This Court, now seeing that Plaintiff's complaint is similar to complaints filed by Plaintiff in other actions, for the sake of managing its docket, so that this case may be consolidated with the three similar actions,

**IT IS HEREBY** on this 17th day of August, 2012;

**ORDERED** that the dismissal is **vacated** and the case re-opened.

    s/ Dennis M. Cavanaugh
Dennis M. Cavanaugh, U.S.D.J.

Orig.:    Clerk
cc:    All Counsel of Record
    File